

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AKIL AL-SAEDY (1),

    Defendant.

CASE NO. 11CR3585-BEN

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

TITLE 21 U.S.C. §841(a)(1) and 846; TITLE 21 U.S.C. §841(a)(1);

TITLE 18 U.S.C. §2; TITLE 21 U.S.C. §853.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 4, 2011

Hon. William McCurine, Jr.
U.S. Magistrate Judge